
**New York State Bar Association**
New York Statutory Short Form Power of Attorney, 8/18/10, Eff. 9/12/10

# POWER OF ATTORNEY
# NEW YORK STATUTORY SHORT FORM

(a)   CAUTION TO THE PRINCIPAL: Your Power of Attorney is an important document. As the "principal," you give the person whom you choose (your "agent") authority to spend your money and sell or dispose of your property during your lifetime without telling you. You do not lose your authority to act even though you have given your agent similar authority.

When your agent exercises this authority, he or she must act according to any instructions you have provided or, where there are no specific instructions, in your best interest. "Important Information for the Agent" at the end of this document describes your agent's responsibilities.

Your agent can act on your behalf only after signing the Power of Attorney before a notary public.

You can request information from your agent at any time. If you are revoking a prior Power of Attorney, you should provide written notice of the revocation to your prior agent(s) and to any third parties who may have acted upon it, including the financial institutions where your accounts are located.

You can revoke or terminate your Power of Attorney at any time for any reason as long as you are of sound mind. If you are no longer of sound mind, a court can remove an agent for acting improperly.

Your agent cannot make health care decisions for you. You may execute a "Health Care Proxy" to do this.

The law governing Powers of Attorney is contained in the New York General Obligations Law, Article 5, Title 15. This law is available at a law library, or online through the New York State Senate or Assembly websites, www.senate.state.ny.us or www.assembly.state.ny.us.

If there is anything about this document that you do not understand, you should ask a lawyer of your own choosing to explain it to you.

(b)   DESIGNATION OF AGENT(S):

I, Tibor Steinberger        10 Portland Ave., Stanford Hill, London
(name of principal)         England
                            (address of principal)

hereby appoint:

David Kretzmer              140 West 57th Street, New York, Suite 6D, New
(name of agent)             York, NY 10019
                            (address of agent)

Chiam Saks                  195 Division Ave., #14C, Brooklyn, NY 11211
(name of second agent)      (address of second agent)

New York State Bar Association
New York Statutory Short Form Power of Attorney, 8/18/10, Eff. 9/12/10

**Barry Klein**                          77 Ross St. Brooklyn, NY 11211

*(name of third agent)*                  *(address of third agent)*

as my agent(s).

If you designate more than one agent above, they must act together unless you initial the statement below.

( X ) My agents may act SEPARATELY.

(c)   DESIGNATION OF SUCCESSOR AGENT(S): (OPTIONAL)
   If any agent designated above is unable or unwilling to serve, I appoint as my successor agent(s):

   _____        _____
   *(name of successor agent)*       *(address of successor agent)*

   _____        _____
   *(name of second successor agent),*  *(address of second successor agent)*

Successor agents designated above must act together unless you initial the statement below.

(____) My successor agents may act SEPARATELY.

You may provide for specific succession rules in this section. Insert specific succession provisions here:

(d)   **This POWER OF ATTORNEY shall not be affected by my subsequent incapacity unless I have stated otherwise below, under "Modifications".**

(e)   **This POWER OF ATTORNEY DOES NOT REVOKE any Powers of Attorney previously executed by me unless I have stated otherwise below, under "Modifications".**

   If you do NOT intend to revoke your prior Powers of Attorney, and if you have granted the same authority in this Power of Attorney as you granted to another agent in a prior Power of Attorney, each agent can act separately unless you indicate under "Modifications" that the agents with the same authority are to act together.

(f)   GRANT OF AUTHORITY:
   To grant your agent some or all of the authority below, either
      (1)   Initial the bracket at each authority you grant, or
      (2)   Write or type the letters for each authority you grant on the blank line at (P), and initial the bracket at (P). If you initial (P), you do not need to initial the other lines.

   I grant authority to my agent(s) with respect to the following subjects as defined in sections 5-1502A through 5-1502N of the New York General Obligations Law:

( X ) (A) real estate transactions;

( X ) (B) chattel and goods transactions;

New York State Bar Association
New York Statutory Short Form Power of Attorney, 8/18/10, Eff. 9/12/10

( X ) (C) bond, share, and commodity transactions;

( X ) (D) banking transactions;

( X ) (E) business operating transactions;

( X ) (F) insurance transactions;

( X ) (G) estate transactions;

( X ) (H) claims and litigation;

( X ) (I) personal and family maintenance: If you grant your agent this authority, it will allow the agent to make gifts that you customarily have made to individuals, including the agent, and charitable organizations. The total amount of all such gifts in any one calendar year cannot exceed five hundred dollars;

( X ) (J) benefits from governmental programs or civil or military service;

( X ) (K) health care billing and payment matters; records, reports, and statements;

( X ) (L) retirement benefit transactions;

( X ) (M) tax matters;

( X ) (N) all other matters;

( X ) (O) full and unqualified authority to my agent(s) to delegate any or all of the foregoing powers to any person or persons whom my agent(s) select;

(___) (P) EACH of the matters identified by the following letters: _____

You need not initial the other lines if you initial line (P).

(g)   MODIFICATIONS: (OPTIONAL)

In this section, you may make additional provisions, including language to limit or supplement authority granted to your agent. However, you cannot use this Modifications section to grant your agent authority to make gifts or changes to interests in your property. If you wish to grant your agent such authority, you MUST complete the Statutory Gifts Rider.

(h)   CERTAIN GIFT TRANSACTIONS: STATUTORY GIFTS RIDER (OPTIONAL)

In order to authorize your agent to make gifts in excess of an annual total of $500 for all gifts described in (I) of the grant of authority section of this document (under personal and family maintenance), you must initial the statement below and execute a Statutory Gifts Rider at the same time as this instrument. Initialing the statement below by itself does not authorize your agent to make gifts. The preparation of the Statutory Gifts Rider should be supervised by a lawyer.

( X ) (SGR) I grant my agent authority to make gifts in accordance with the terms and conditions of the Statutory Gifts Rider that supplements this Statutory Power of Attorney.

(i)   DESIGNATION OF MONITOR(S): (OPTIONAL)

If you wish to appoint monitor(s), initial and fill in the section below:

(___) I wish to designate _____, whose address(es) is (are) _____,

2010 N.Y. Laws ch. 340                                                                                     Page 3 of 7


**New York State Bar Association**
New York Statutory Short Form Power of Attorney, 8/18/10, Eff. 9/12/10

as monitor(s). Upon the request of the monitor(s), my agent(s) must provide the monitor(s) with a copy of the power of attorney and a record of all transactions done or made on my behalf. Third parties holding records of such transactions shall provide the records to the monitor(s) upon request.

**(j)     COMPENSATION OF AGENT(S): (OPTIONAL)**

Your agent is entitled to be reimbursed from your assets for reasonable expenses incurred on your behalf. If you ALSO wish your agent(s) to be compensated from your assets for services rendered on your behalf, initial the statement below. If you wish to define "reasonable compensation", you may do so above, under "Modifications".

( _X_ ) My agent(s) shall be entitled to reasonable compensation for services rendered.

**(k)     ACCEPTANCE BY THIRD PARTIES:**

I agree to indemnify the third party for any claims that may arise against the third party because of reliance on this Power of Attorney. I understand that any termination of this Power of Attorney, whether the result of my revocation of the Power of Attorney or otherwise, is not effective as to a third party until the third party has actual notice or knowledge of the termination.

**(l)     TERMINATION:**

This Power of Attorney continues until I revoke it or it is terminated by my death or other event described in section 5-1511 of the General Obligations Law.
    Section 5-1511 of the General Obligations Law describes the manner in which you may revoke your Power of Attorney, and the events which terminate the Power of Attorney.

**(m)     SIGNATURE AND ACKNOWLEDGMENT:**

In Witness Whereof I have hereunto signed my name on the _4th_ day of _April_, 20_12_.

PRINCIPAL signs here: ===>   _Tibor Steinberger_

S~~TATE OF NEW YORK~~    )
        _LONDON_              )  ss:
C~~OUNTY OF~~  _ENGLAND_  )

On the _4th_ day of _April_, 20_12_, before me, the undersigned, personally appeared _TIBOR STEINBERGER_, ~~personally known to me~~ or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

Attested by sworn before
Julian Kostick
Notary Public
1 Egerton Road N16 6UP
020 8952 8881

**(n)     IMPORTANT INFORMATION FOR THE AGENT:**

When you accept the authority granted under this Power of Attorney, a special legal relationship is created between you and the principal. This relationship imposes on you legal responsibilities that continue until you resign or the Power of Attorney is terminated or revoked. You must:
    (1) act according to any instructions from the principal, or, where there are no instructions, in the

## APOSTILLE
(Convention de La Haye du 5 octobre 1961)

| | |
|---|---|
| **1. Country:** <br> Pays/País | United Kingdom of Great Britain and Northern Ireland |
| **This public document** <br> Le présent acte public / El presente documento público | |
| **2. Has been signed by** <br> a été signé par <br> ha sido firmado por | Julian Kostick |
| **3. Acting in the capacity of** <br> agissant en qualité de <br> quien actúa en calidad de | Notary Public |
| **4. Bears the seal/stamp of** <br> est revêtu du sceau / timbre de <br> y está revestido del sello / timbre de | The Said Notary Public |

**Certified**
Attesté / Certificado

| | | | |
|---|---|---|---|
| **5. at** <br> á / en | London | **6. the** <br> le / el día | 10 April 2012 |
| **7. by** <br> par / por | Her Majesty's Principal Secretary of State for Foreign and Commonwealth Affairs | | |
| **8. Number** <br> sous no / bajo el número | S034569 | | |
| **9. Seal / stamp:** <br> Sceau / timbre: <br> Sello / timbre: | [Foreign and Commonwealth Office seal] | **10. Signature:** <br> Signature: <br> Firma: | D Hodges |

This Apostille is not to be used in the UK and only confirms the authenticity of the signature, seal or stamp on the attached UK public document. It does not confirm the authenticity of the underlying document. Apostilles attached to documents that have been photocopied and certified in the UK confirm the signature of the UK public official who conducted the certification only. It does not authenticate either the signature on the original document or the contents of the original document in any way.

Case 1:13-cv-03060-ENV-LB   Document 21   Filed 08/09/13   Page 6 of 9 PageID #: 180


**New York State Bar Association**
New York Statutory Short Form Power of Attorney, 8/18/10, Eff. 9/12/10

principal's best interest;
(2) avoid conflicts that would impair your ability to act in the principal's best interest;

(3) keep the principal's property separate and distinct from any assets you own or control, unless otherwise permitted by law;
(4) keep a record or all receipts, payments, and transactions conducted for the principal; and
(5) disclose your identity as an agent whenever you act for the principal by writing or printing the principal's name and signing your own name as "agent" in either of the following manners: (Principal's Name) by (Your Signature) as Agent, or (your signature) as Agent for (Principal's Name).

You may not use the principal's assets to benefit yourself or anyone else or make gifts to yourself or anyone else unless the principal has specifically granted you that authority in this document, which is either a Statutory Gifts Rider attached to a Statutory Short Form Power of Attorney or a Non-Statutory Power of Attorney. If you have that authority, you must act according to any instructions of the principal or, where there are no such instructions, in the principal's best interest.

You may resign by giving written notice to the principal and to any co-agent, successor agent, monitor if one has been named in this document, or the principal's guardian if one has been appointed. If there is anything about this document or your responsibilities that you do not understand, you should seek legal advice.

Liability of agent: The meaning of the authority given to you is defined in New York's General Obligations Law, Article 5, Title 15. If it is found that you have violated the law or acted outside the authority granted to you in the Power of Attorney, you may be liable under the law for your violation.

(o)     AGENT'S SIGNATURE AND ACKNOWLEDGMENT OF APPOINTMENT:

It is not required that the principal and the agent(s) sign at the same time, nor that multiple agents sign at the same time.

I/we, __David Kretzmer__, have read the foregoing Power of Attorney. I am/we are the person(s) identified therein as agent(s) for the principal named therein.

I/we acknowledge my/our legal responsibilities.

Agent(s) sign(s) here:   ==>  _/s/ David Kretzmer_____
                         ==>  _____

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF __Kings__ )

On the __16th__ day of __April__, 20__12__, before me, the undersigned, personally appeared __David Kretzmer__ personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

**New York State Bar Association**
New York Statutory Short Form Power of Attorney, 8/18/10, Eff. 9/12/10

_____
Notary Public
SOLOMON E. ANTAR
Notary Public, State of New York
No. 02AN0080453, Kings County
Commission Expires 1/31/2014

I/we, **Barry Klein**, have read the foregoing Power of Attorney. I am/we are the person(s) identified therein as agent(s) for the principal named therein.

I/we acknowledge my/our legal responsibilities.

Agent(s) sign(s) here: ==> _Barry Klein_

==> _____

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF **kings**   )

On the **16th** day of **April**, 20**12**, before me, the undersigned, personally appeared **Barry Klein**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public
SOLOMON E. ANTAR
Notary Public, State of New York
No. 02AN0080453, Kings County
Commission Expires 1/31/2014

I/we, **Chaim Saks**, have read the foregoing Power of Attorney. I am/we are the person(s) identified therein as agent(s) for the principal named therein.

I/we acknowledge my/our legal responsibilities.

Agent(s) sign(s) here: ==> _Chaim Saks_

==> _____

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF **kings**   )

On the **16th** day of **April**, 20**12**, before me, the undersigned, personally appeared _____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public
SOLOMON E. ANTAR
Notary Public, State of New York
No. 02AN0080453, Kings County
Commission Expires 1/31/2014

**New York State Bar Association**
New York Statutory Short Form Power of Attorney, 8/18/10, Eff. 9/12/10

### (p) SUCCESSOR AGENT'S SIGNATURE AND ACKNOWLEDGMENT OF APPOINTMENT:

It is not required that the principal and the SUCCESSOR agent(s), if any, sign at the same time, nor that multiple SUCCESSOR agents sign at the same time. Furthermore, successor agents can not use this power of attorney unless the agent(s) designated above is/are unable or unwilling to serve.

I/we, _____, have read the foregoing Power of Attorney. I am/we are the person(s) identified therein as SUCCESSOR agent(s) for the principal named therein.

Successor Agent(s) sign(s) here:   ==> _____

==> _____

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF _____   )

On the ____ day of _____, 20__, before me, the undersigned, personally appeared _____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public