## ASSIGNMENT

We, BARRY KLEIN, of 77 Ross Street, Brooklyn, New York, and CHAIM SAKS, of 195 Division Ave., #14C, Brooklyn, New York, attorneys-in-fact for TIBOR STEINBERGER, as assignors, hereby assign and transfer to, DAVID KRETZMER, a citizen of Israel permanently residing at 15 Hahar Street, Kochav Yair, Israel, as assignee, to be held in trust for the heirs of TIBOR STEINBERGER in accordance with TIBOR STEINBERGER's last will and testament, any and all sums of money now due or owning to TIBOR STEINBERGER, and all claims, demands, and cause or causes of action of whatever kind and nature that TIBOR STEINBERGER has had, now has, or may have against JACK LEFKOWITZ, BLUMA LEFKOWITZ, MASKIL EL-DAL, INC., CARE TO CARE MEDICAL SERVICES, LLC, MAIMONIDIES MEDICAL SERVICES, LLC AND MEDSCAN MOBILE, or any other person or persons, entity or entities, whether jointly or severally, arising out of, or for, any loss, injury, or damage sustained by TIBOR STEINBERGER in connection with a certain scheme to defraud him through a sham investment scheme by which he was defrauded of the approximate sum of $3,590,000, but then said sums were surreptitiously transferred to offshore bank accounts abroad.

This assignment is without recourse. Assignors appoint assignee to demand and receive satisfaction of the assigned claim.

_____
BARRY KLEIN

_____
CHAIM SAKS

1

Acknowledgment:

State of New York )
                  ) ss.
County of Kings   )

The foregoing instrument was acknowledged before me this 2nd, day of July, 2012, by BARRY KLEIN, who has produced _____ as identification.

_____
Notary Public

SOLOMON E. ANTAR
Notary Public, State of New York
No. 02AN0080453, Kings County
Commission Expires 1/31/2014

Acknowledgment:

State of New York )
                  ) ss.
County of Kings   )

The foregoing instrument was acknowledged before me this 2nd, day of July, 2012, by CHAIM SAKS, who has produced _____ as identification.

_____
Notary Public

SOLOMON E. ANTAR
Notary Public, State of New York
No. 02AN0080453, Kings County
Commission Expires 1/31/2014

2

## ACCEPTANCE BY ASSIGNEE

State of New York   )
                    ) ss.
County of Kings     )

I, DAVID KRETZMER, assignee, accept the above assignment and agree to duly commence the appropriate action(s), in the appropriate jurisdiction(s), pursuant to the within assignment.

_____
DAVID KRETZMER

Acknowledgment:

The foregoing instrument was acknowledged before me this 2nd, day of July, 2012, by DAVID KRETZMER, who has produced _____ as identification.

_____
Notary Public

SOLOMON E. ANTAR
Notary Public, State of New York
No. 02AN0080453
Qualified in Kings County
Commission Expires 1/31/04

3