BAW 047556

**CERTIFIED COPY OF AN ENTRY**
Pursuant to the Births and Deaths Registration Act 1953



## DEATH

Entry No. 126

| | |
|---|---|
| Registration district | Camden |
| Sub-district | Camden |
| Administrative area | London Borough of Camden |

1. **Date and place of death**
   Third October 2012
   Royal Free Hospital, Camden

2. **Name and surname**
   Zvi STEINBERGER

3. **Sex** Male

4. **Maiden surname of woman who has married** ————

5. **Date and place of birth**
   Twenty-eighth November 1934
   Slovakia

6. **Occupation and usual address**
   Property Manager (retired)
   Husband of Ita STEINBERGER, Housewife (retired)
   10 Portland Avenue, London N16

7. (a) **Name and surname of informant**
   Simche STEINBERGER

   (b) **Qualification**
   Son

   (c) **Usual address**
   10 Portland Avenue, London N16

8. I certify that the particulars given by me above are true to the best of my knowledge and belief
   S Steinberger       Signature of informant

9. **Cause of death**
   I (a) Left Lower Limb Gangrene
     (b) Peripheral Vascular Disease

   II  End Stage Renal Failure

   Certified by N. McCann MB

10. **Date of registration**
    Third October 2012

11. **Signature of registrar**
    B. Malcolm-Thomas
    Registrar

Certified to be a true copy of an entry in a register in my custody.

B.  ........................................    *Superintendent Registrar    Date
                                                *Registrar
                                                *Strike out whichever does not apply