**Maskil El-Dal Inc.**
**1526 52nd Street**
**Brooklyn, New York 11219**

Mr. Tibor Steinberger                    November 11, 2007
10 Portlad Avenue
Stamford Hills
Londod

Dear Mr. Steinberger

Please be advised all monies transferred in to our account as per instruction of Mr. Tibor Steinberger shell be held in trust for your benefit.

Upon written request from yourself monies will be released to you promptly as per your instruction and direction.

Maskil El-Dal may commingle the Steinberger funds in its account without any further liability to Mr. Steinberger.

Respectfully

_____
Jack Lefkowitz
Trustee